UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| X-TRA LIGHT MFG. INC. a/k/a and/or d/b/a X-TRA LIGHT MANUFACTURING PARTNERSHIP, LTD., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACUITY BRANDS, INC., and ACUITY LIGHT GROUP, INC., LOWE'S COMPANIES, INC., and LOWE'S HOME CENTERS, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. H-04-1413<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## MEMORANDUM AND ORDER

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 113), Plaintiff's claims against Defendants Lowe's Companies, Inc. and Lowe's Home Center, Inc. ("Lowe's") are hereby **DISMISSED WITH PREJUDICE**. In addition, Lowe's counterclaim against Plaintiff is also **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

SIGNED this 23rd day of January, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT