UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| X-TRA LIGHT MFG. INC. a/k/a and/or d/b/a X-TRA LIGHT MANUFACTURING PARTNERSHIP, LTD., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACUITY BRANDS, INC., and ACUITY LIGHT GROUP, INC.,<br><br>Defendants. | § § § § § § § § § § § § § § § § CIVIL ACTION NO. H-04-1413 |

## MEMORANDUM AND ORDER

Pursuant to the parties' Stipulated Dismissal (Doc. No. 137), this case is hereby **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction over the settlement agreement executed by the parties.

**IT IS SO ORDERED.**

**SIGNED** this 28th day of June, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT